IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DONALD ALLEN KNEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  09-3066 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Defendant Michael J. Astrue's Motion to Enter Judgment Reversing the Commissioner's Decision with Remand to the Agency (Motion) (d/e 16).  Pro se Plaintiff Donald Allen Knee filed this case seeking judicial review of the Social Security Administration's (SSA) denial of his application for Supplemental Security Income (SSI).  Although Plaintiff filed a Motion for Summary Judgment (d/e 13), he now agrees with Defendant that this case should be reversed and remanded to the SSA for a new hearing.  See Notice of Filing (d/e 17), Ex. 1, Agreement of Donald Allen Knee.

The parties ask that this Court reverse and remand the Decision of the Administrative Law Judge (ALJ) in Plaintiff's case pursuant to Sentence 4 of 42 U.S.C. § 405(g). The basis of this request is the ALJ's failure to:

> [M]ention or evaluate Mr. Knee's mental status. Nor did the ALJ mention that Mr. Knee was previously awarded benefits because he met the requirements of Section 12.05C of the Listings. The [R]egulations provide that the adjudicator will consider "all evidence in your case record." 20 C.F.R. § 416.920(a)(3).

Motion, p. 2. Given the parties' agreement that the ALJ failed to consider all the evidence of record in Plaintiff's case, and the fact that their agreement is supported by the record, the Court hereby reverses and remands this case to the SSA for a new hearing. At this new hearing, the ALJ should take into consideration all of the evidence in the record, including medical evidence pertaining to Plaintiff's mental status, and evidence regarding his previous award of benefits.

THEREFORE, the Motion to Enter Judgment Reversing the Commissioner's Decision with Remand to the Agency (d/e 16) is GRANTED. The Commissioner's Decision is REVERSED and REMANDED to the Social Security Administration pursuant to Sentence 4 of 42 U.S.C. § 405(g) for a rehearing consistent with the criteria discussed

above.  Plaintiff's Motion for Summary Judgment (d/e 13) is DENIED as

MOOT, as are all other pending motions.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:   January 14, 2010

       FOR THE COURT:

                            s/  Jeanne E. Scott
                            JEANNE E. SCOTT
                  UNITED STATES DISTRICT JUDGE